**Hugh Ryan GARTH, Appellant,**

v.

**WYNDHAM GARDENS HOTEL, also known as Clubhouse Inn; Ramkota Management; Regency Stone; Patrick Russell; Dan Shank; Rick Gliszinski; Tom Bigsby; John Doe, Chief Engr. for Spring 2001; Judie Lew; Rodney McForrin; Clubhouse Inn, Appellees.**

No. 03–3634.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 17, 2004.

Decided Oct. 13, 2004.

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

Hugh Ryan Garth, St. Louis, MO, pro se.

Sonni L. Fort, Husch & Eppenberger, St. Louis, MO, Thomas J. Conley, for Defendants–Appellees.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Hugh Ryan Garth appeals the district court's [1] grant of summary judgment in favor of his former employer in this employment-discrimination action, arguing genuine issues of material fact remain. Following our de novo review of the record, *see* Fed.R.Civ.P. 56(c); *Harvey v. Anheuser–Busch, Inc.,* 38 F.3d 968, 971 (8th Cir.1994) (standard of review), we affirm for the reasons stated by the district court in its thorough memorandum opinion. *See* 8th Cir. R. 47B.